Rosman & Company, Respondent, 
against
David Chideckel, Appellant.




David Chideckel, appellant pro se.
Maidenbaum & Associates, P.L.L.C. (Jeffrey A. Maidenbaum, Esq.), for respondent.

Appeal from an order of the District Court of Nassau County, First District (Ignatius L. Muscarella, J.), dated March 30, 2015. The order denied defendant's motion to vacate a default judgment of the same court entered May 8, 2014 upon defendant's failure to appear at trial.




ORDERED that the order is affirmed, without costs.
In this action to recover for unpaid accounting services, defendant appeals from an order denying his motion to vacate a judgment, entered May 8, 2014 upon defendant's failure to appear at trial, which awarded plaintiff the principal sum of $5,470.
In support of his motion, defendant failed to set forth either a reasonable excuse or a meritorious defense (see CPLR 5015 [a]). To the extent that defendant is attempting to raise an issue as to the entry of the default judgment, defendant has failed to demonstrate that the judgment was not properly entered pursuant to CPLR 3215 (f). Defendant has also failed to establish any other basis to vacate the default judgment.
Accordingly, the order is affirmed.
Tolbert, J.P., Garguilo and Brands, JJ., concur.
Decision Date: June 01, 2017